# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| JAMES W. ROGERS, SR., | § § | |
| Plaintiff, | § § | Case No. 6:19-CV-97-JDK |
| v. | § § | |
| EASTPOINT RECOVERY GROUP, INC., | § § § | |
| Defendant. | | |

## ORDER TO SUBMIT DISMISSAL DOCUMENTS

On August 30, 2019, Plaintiff James W. Rogers, Sr. filed a Notice of Settlement stating that the parties have reached a settlement in this matter and expect to file voluntary dismissal papers within the next forty-five days.  Docket No. 11.

Accordingly, the Court **ORDERS** that the parties file their dismissal papers no later than **October 15, 2019**.  The Court further **VACATES** the Order Setting Hearing issued on August 30, 2019.  Docket No. 10.  The Court also **CANCELS** the hearing set for September 12, 2019.

So **ORDERED** and **SIGNED** this **2nd**   day of  **September, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE